UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LEONARD BUTLER, | No. 2:23-cv-02855-DJC-SCR |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| W. GREGORY KLEIN, et al., | |
| Defendants. | |

Plaintiff is proceeding pro se in this action. This matter was accordingly referred to the undersigned by Local Rule 302(c)(21). The Court granted Plaintiff leave to proceed in forma pauperis and screened his complaint pursuant to 28 U.S.C. § 1915(e)(2). *See* Order at ECF No. 4. The Court concluded the complaint failed to comply with Federal Rule of Civil Procedure 8 and failed to state a claim. The Court's order advised Plaintiff of the deficiencies of his complaint, and allowed 30 days for Plaintiff to file an amended complaint. The 30 days expired on September 27, 2024, and no amended complaint was filed.

Good cause appearing, **IT IS HEREBY ORDERED that Plaintiff shall show cause, in writing, within 14 days**, why the failure to file an amended complaint should not result in a recommendation that this case be dismissed for failure to prosecute and failure to comply with an order of the Court. Plaintiff may respond by filing an amended complaint that corrects the deficiencies identified in the Court's prior order. If Plaintiff fails to respond, the court will

1

recommend dismissal of this case pursuant to Federal Rule of Civil Procedure 41 and Local Civil Rule 110.

    SO ORDERED.

DATED: October 15, 2024

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE