UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LEONARD BUTLER,<br><br>  Plaintiff,<br><br>  v.<br><br>W. GREGORY KLEIN, et al.,<br><br>  Defendants. | No.  2:23-cv-2855 DJC SCR<br><br><br>ORDER |

Plaintiff, proceeding pro se, filed the above-entitled action.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On December 4, 2024 the Magistrate Judge filed findings and recommendations, which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within 14 days.  ECF No. 6.  Plaintiff has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 6, 2024, (ECF No. 6) are adopted in full; and

1

2. This action is dismissed, without prejudice, for lack of prosecution and for failure to comply with the Court's order. See Fed. R. Civ. P. 41(b); Local Rule 110.

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **January 31, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

Butl2855.800.

2